Steven Gerber
Mary Pat Gallagher
GONZALES SAGGIO & HARLAN LLP
155 Willowbrook Blvd., Suite 300
Wayne, New Jersey 07470
(973) 256-9000

*Of Counsel:*
Don J. Mizerk (admitted *pro hac vice*)
Katherine E. Rohlf (admitted *pro hac vice*)
HUSCH BLACKWELL LLP
120 S. Riverside Plaza, Suite 2200
Chicago, Illinois 60606
(312) 655-1500

*Attorneys for Amerigen Pharmaceuticals, Ltd.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SHIRE LLC,<br><br>Plaintiff,<br><br>v.<br><br>COREPHARMA LLC,<br><br>Defendants. | Consolidated Civil Action No.<br>14-05694 (RMB-JS) |
| SHIRE LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMERIGEN PHARMACEUTICALS LIMITED,<br><br>Defendant. | Civil Action No.<br>14-06095 (RMB-JS)<br><br>**NOTICE OF DEFENDANT AMERIGEN PHARMACEUTICALS, LIMITED'S MOTION TO AMEND DISCOVERY CONFIDENTIALITY ORDER** |

TO: ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Defendant Amerigen Pharmaceuticals, Ltd. ("Amerigen" or "Defendant"), by and through their undersigned attorneys, shall move before the Honorable Joel Schneider, United States Magistrate Judge of the United States District Court for the District of New Jersey, at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101, on April 6, 2015 at 9:30 a.m. or as soon thereafter as counsel may be heard or at such other time and place as the Court may set, for an Order amending the Discovery Confidentiality Order entered in this case.

PLEASE TAKE FURTHER NOTICE that in support thereof, Defendant shall rely upon the accompanying documents: Memorandum of Law in Support of Defendant Amerigen Pharmaceuticals, Limited's Motion to Amend Discovery Confidentiality Order, such reply papers as Defendant may file, and the arguments and legal authority set forth in Defendant Amergen's previously-filed Letter Brief, filed as Docket No. 31 in Case No. 14-cv-6095.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is attached and that oral argument is not requested at this time.

Respectfully submitted,

AMERIGEN PHARMACEUTICALS, LTD.

Dated: March 5, 2015

/s/ *Steven Gerber*
Steven Gerber
Mary Pat Gallagher
GONZALEZ SAGGIO & HARLAN LLP
155 Willowbrook Blvd., Suite 300
Wayne, New Jersey 07470
Telephone: (973) 256-9000
Facsimile: (973) 256-9001

Of Counsel

Don J. Mizerk (admitted *pro hac vice*)
Katherine E. Rohlf (admitted *pro hac vice*)
HUSCH BLACKWELL LLP
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606
Telephone: (312) 655-1500
Facsimile: (312) 655-1501

*Attorneys for Defendant*
*Amerigen Pharmaceuticals, Ltd.*

## CERTIFICATION OF SERVICE

I hereby certify that on this date, I caused the foregoing **NOTICE OF DEFENDANT AMERIGEN PHARMACEUTICALS, LIMITED'S MOTION TO AMEND DISCOVERY CONFIDENTIALITY ORDER** to be electronically filed with the Court and served via electronic notice from the Court's ECF system on all counsel appearing in this action as identified in the Notice of Electronic Filing.

GONZALEZ SAGGIO & HARLAN LLP

By: /s/ *Steven Gerber*
Steven Gerber

Dated: March 5, 2015