**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SHIRE LLC,<br><br>Plaintiff,<br><br>v.<br><br>COREPHARMA LLC,<br><br>Defendants. | Consolidated Civil Action No.<br>14-05694 (RMB-JS) |
| SHIRE LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMERIGEN PHARMACEUTICALS LIMITED,<br><br>Defendant. | Civil Action No.<br>14-06095 (RMB-JS)<br><br>**[PROPOSED] ORDER TO AMEND DISCOVERY CONFIDENTIALITY ORDER** |

This matter having been opened to the Court on the motion of Defendant Amerigen Pharmaceuticals Ltd., through its attorneys, Gonzalez Saggio & Harlan LLP (Steven Gerber, Esq. and Mary Pat Gallagher, Esq. appearing) and Husch Blackwell LLP (Don Mizerk, Esq. and Katherine Rohlf, Esq. appearing), for an Order amending the Discovery Confidentiality Order in the above captioned action; and the Court having considered all the moving, opposing and reply papers as were filed and such oral argument of counsel as may have been heard by the Court; and good cause having been shown for the entry of the relief sought;

IT IS on this ____ day of _____________, 2015,

**ORDERED** that Defendant Amerigen Pharmaceuticals Ltd.'s motion to amend the Discovery Confidentiality Order entered in this case shall be, and the same hereby is, granted; and it therefore is further

**ORDERED** that Paragraph 3 of the Discovery Confidentiality Order shall be amended to read as follows:

> All Confidential material shall be used by the receiving party solely for purposes of the prosecution or defense of this action, shall not be used by the receiving party for any business, commercial, competitive, personal or other purpose, and shall not be disclosed by the receiving party to anyone other than those set forth in Paragraph 4, unless and until the restrictions herein are removed either by written agreement of counsel for the parties, or by Order of the Court. **<u>For purposes of this case, "this action" as used in this Order shall mean "claims, counterclaims and defenses relating to U.S. Patent Nos. RE42,096 and RE41,148."</u>** It is, however, understood that counsel for a party may give advice and opinions to his or her client solely relating to the above-captioned action based on his or her evaluation of Confidential material, provided that such advice and opinions shall not reveal the content of such Confidential material except by prior written agreement of counsel for the parties, or by Order of the Court.

Dated: March __, 2015

______________________________
The Honorable Joel Schneider
United States Magistrate Judge